DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORBY WELCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1462

[May 13, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Cahill Shepherd, Judge; L.T. Case No. 502023CF007242AXXXMB.

Daniel Eisinger, Public Defender, and Alan Terry Lipson, Assistant Public Defender, West Palm Beach, and Jack Albert Fleischman of Fleischman & Fleischman PA, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022), *rev. denied*, No. SC2022-1597, 2023 WL 3830251 (Fla. June 6, 2023), *cert. denied*, --- U.S. ----, 144 S. Ct. 2595, 219 L.Ed.2d 1247 (2024).

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***